IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**NICKARLOS BANKS**
**ADC #106872**                                                                                                 **PLAINTIFF**

VS.                                            4:22-CV-00348-BRW

**DOE**                                                                                                         **DEFENDANT**

### INITIAL ORDER FOR *PRO SE* PRISONER-PLAINTIFFS

You have filed this federal civil rights lawsuit *pro se* -- that is, without the help of a lawyer. There are rules and procedures that you must follow in order to proceed with your lawsuit, even though you are not a lawyer.

**First:  Follow All Court Rules.**  You must comply with the Federal Rules of Civil Procedure as well as Local Rules for the Eastern District of Arkansas.  Copies of rules can be found in the prison library.  In particular, Local Rule 5.5(c)(2) explains requirements for plaintiffs, like you, who are not represented by a lawyer:

1. You must promptly notify the Clerk and the other parties in the case of any change in address.  You must inform the Court if you are transferred from one unit to another.  Notifying the Court of your change in address is especially important if you are released from custody while your lawsuit is pending.  If you do not keep the Court informed as to your current address, your lawsuit can be dismissed.

2. You must monitor the progress of your case and prosecute the case diligently.

3. You must sign all pleadings and other papers filed with the Court, and each paper you file must include your current address.

4. If you fail to timely respond to a Court Order directing action on your part, the case may be dismissed, without prejudice.

**Second:  Pay the Filing Fee.**  Every civil case filed by a prisoner requires the plaintiff to pay a filing fee. 28 U.S.C. § 1915. A $402 filing fee must be paid at the beginning of the lawsuit unless the plaintiff cannot afford to pay the entire fee at once. If you cannot afford to pay the filing

fee in a lump sum, you may file a motion to proceed *in forma pauperis* ("IFP motion").  If you are granted IFP status, the filing fee is $350, which will be collected in installments from your prisoner account. Importantly, the entire filing fee will be collected, even if your lawsuit is dismissed.

**You have not paid the $402 filing fee or filed an IFP motion.  You must do one or the other within thirty (30) days of the date of this order.  If you do not do so, your case will be dismissed without prejudice. LOCAL RULE 5.5(c)(2).**  A blank IFP application will be sent to you along with a copy of this Order.

**Third:  No Right to Appointed Counsel.**  This is a civil case.  Unlike criminal cases, there is no right to have an appointed lawyer in a civil case.  If your case proceeds to a jury trial, however, a lawyer will be appointed to assist you before trial.

**Fourth:   Do Not File Your Discovery Requests.**  Discovery requests, such as interrogatories and requests for documents, are not to be filed with the court.  Instead, discovery requests should be sent to counsel for the defendant (or directly to the defendant if he or she is not represented by a lawyer).  No discovery should be sent to a defendant until after that defendant has been served with the complaint.

**Fifth:  Do Not Send Documents to Court Except in Two Situations.**  You may send documents or other evidence to the Court only if attached to a motion for summary judgment or in response to a motion for summary judgment; or if the Court orders you to send documents or other evidence.

**Sixth: Provide a Witness List.**  If your case is set for trial, as your trial date approaches, you will be asked to provide a witness list.  After reviewing the witness list, the Court will subpoena necessary witnesses.

**Seventh: Deficient Complaint**.  I must screen prisoner complaints that seek relief against a government entity, officer, or employee.[1]  I will dismiss any part of a complaint raising claims that: (a) are legally frivolous or malicious; (b) fail to state a claim upon which relief may be granted; or (c) seek money from a defendant who is immune from paying damages.[2]

To support a claim for relief against a defendant pursuant to 42 U.S.C. § 1983, a plaintiff must allege that a person acting under the color of law deprived him of a federally-protected right.[3] "A plaintiff must allege personal injury fairly traceable to the defendant's allegedly unlawful conduct . . . ."[4]  To support a claim for relief under § 1983, "[a] prisoner must allege a personal loss."[5]

**<u>Your complaint in its current form is deficient.  You may correct the deficiencies by filing an amended complaint, if you wish, within thirty (30) days of the date of this Order. You are advised that failing to comply with this Order can result in the dismissal of this action.</u>**[6]

Your complaint in its current form does not identify who you want to sue and does not explain the claims you make against him or her.[7]  To cure these deficiencies, your amended

---

[1] 28 U.S.C. § 1915A; 28 U.S.C. § 1915.

[2] 28 U.S.C. § 1915A(b); 28 U.S.C. § 1915(e).

[3] *See* 42 U.S.C. § 1983; *Carlson v. Roetzel & Andress*, 552 F.3d 648, 650 (8th Cir. 2008).

[4] *Allen v. Wright*, 468 U.S. 737, 751 (1984).

[5] *Martin v. Sargent*, 780 F.2d 1334, 1337 (8th Cr. 1985).

[6] *See* LOCAL RULE 5.5.

[7] Doc. No. 1.

complaint should: (1) provide the name and address[8] of each person you believe deprived you of your federally-protected rights and whom you wish to sue in this action; (2) in a simple, concise, and direct manner, provide specific facts about what each named defendant did to violate your rights; (3) indicate whether you are suing each defendant in his or her official or individual capacity, or both; (4) if you make official capacity claims, explain why; and (5) describe how you were harmed.

The Clerk of the Court is directed to send you an IFP application, including a prison calculation sheet, along with a copy of this order. The Clerk of the Court is further directed to send you a blank 42 U.S.C. § 1983 complaint form and a copy of your complaint (Doc. No. 1).

IT IS SO ORDERED this 25th day of April, 2022.

Billy Roy Wilson  
UNITED STATES DISTRICT JUDGE

---

[8] *Lee v. Armontrout*, 991 F.2d 487, 489 (8th Cir. 1993) (it is the prisoner's responsibility to provide a valid service address for each defendant).