IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**NICKARLOS BANKS**
**ADC #106872**                                                                                        **PLAINTIFF**

**VS.**                                    **4:22-CV-00348-BRW**

**DOE**                                                                                                **DEFENDANT**

## JUDGMENT

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 14th day of June, 2022.

                                       Billy Roy Wilson
                                       UNITED STATES DISTRICT JUDGE